# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MELINDA DAMERON**                                                                      **PLAINTIFF**

**v.**                             **CASE NO. 3:19-CV-00150-JTK**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 23rd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE